1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    JONATHAN CHRISTOPHER COFFER,              Case No. 25-cv-02978-EKL

8                   Plaintiff,
                                               **ORDER OF DISMISSAL**
9            v.

10   EUGENE CRAYTON, et al.,

11                  Defendants.

12

13          Plaintiff Jonathan Christopher Coffer, a state prisoner proceeding pro se, filed the instant

14   civil rights lawsuit challenging his medical care at Salinas Valley State Prison.  ECF No. 1.

15   Plaintiff now seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  ECF No. 6.

16   The Court is required to screen pro se complaints and dismiss claims that, amount other things, are

17   frivolous, malicious, or fail to state a claim upon which relief may be granted.  28 U.S.C.

18   § 1915(e)(2).

19          A complaint may be dismissed as frivolous if it merely "repeats pending or previously

20   litigated claims."  *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations and

21   quotations omitted).  "Dismissal of the duplicative lawsuit, more so than the issuance of a stay or

22   the enjoinment of proceedings, promotes judicial economy and the comprehensive disposition of

23   litigation."  *Adams v. California*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds*

24   *by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

25          Upon review, the Court finds that this action is an identical copy of the action filed by

26   Plaintiff days earlier, Case No. 25-cv-02670-EKL.  As such, this action is subject to dismissal as

27   frivolous.  *See* 28 U.S.C. § 1915(e)(2)(B)(i).  The complaint is **DISMISSED** as duplicative.

28

United States District Court
Northern District of California

1    The Clerk shall terminate all pending motions and close the file.

2    **IT IS SO ORDERED.**

3    Dated: May 5, 2025

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2